**Order filed May 30, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00109-CV

———————

## TAMBRIA LEE, Appellant

## V.

## CRP RIVERSTONE, LP, Appellee

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-CCV-063719**

## ORDER

No reporter's record has been filed in this case. The official court reporter for the County Court at Law No. 4 informed this court that appellant had not requested the reporter's record. On April 3, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of request for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM